UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| | ) | |
| v. | ) | Crim. No. 25-10429-AK |
| | ) | |
| MICHAEL MULLER and | ) | |
| JOHN COLANTUONI, | ) | |
| | ) | |
| Defendants | ) | |

## **JOINT STATUS REPORT**

The United States and counsel for the Defendants file this joint status report pursuant to Local Rule 116.5, stating the following:

1. The government has provided automatic discovery. Defendant Colantuoni submitted a discovery request on February 6, 2026. The government produced the requested documents on February 9.

2. The Defendants are still reviewing the provided discovery and request an additional thirty days for continued discovery review and investigation, which is currently underway. The government objects and asks that the case be submitted to the District Court now.

3. The Defendants do not anticipate submitting any additional discovery requests.

4. At this time the parties do not believe a protective order is necessary.

5. The Defendants do not intend to file any Rule 12(b) motions.

6. The parties agree that the government will provide expert disclosures no later than 45 days before trial and Defendants will provide expert disclosures no later than 21 days before trial.

1

7.      Neither Defendant intends to offer a defense of insanity, public authority, or alibi.

8.      The Court has excluded the time through May 7, 2026, for purposes of the Speedy Trial Act.  The parties request that the Court exclude the period between May 7, 2026, and the next court date, whether that is an additional status conference before this Court or the date of the pretrial conference scheduled by the District Court if the Court transfers this case to the District Court. The parties submit that the ends of justice served by permitting defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, outweighs the best interest of the public and the Defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

9.      There have been no plea discussions. The parties estimate that the trial will take between two and three weeks.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: */s/ Christine Wichers*
Christine Wichers
Assistant U.S. Attorney

MICHAEL MULLER                      JOHN COLANTUONI
By his attorney,                    By his attorneys,

*/s/ Sean Smith*                    */s/ Syrie Fried*
Sean M. Smith                       Syrie D. Fried
Rudolf, Smith, Griffis & Ruggieri, LLP    Philip G. Cormier
446 Main Street, Suite 1503         Good Schneider Cormier Fried & Brooks
Worcester, MA 01608                 83 Atlantic Ave.
(508) 425-6330                      Boston, MA 02110
                                    (617) 523-5933

2

*/s/ Max D. Stern*
Max D. Stern
Liana LaMattina
Todd & Weld LLP
One Federal St., 27th Floor
Boston, MA 02110
(617) 720-2626

**Certificate of Service**

I , Syrie D. Fried, do hereby certify that this document has been filed via this Court's electronic case filing system ("ECF") and will be served electronically upon the parties identified in the Notice of Electronic Filing ("NEF") this 4th day of May, 2026.

*/s/ Syrie D. Fried*
Syrie D. Fried

3